JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CEDRIC E. WALKER, SR., | ) | Case No. 5:22-cv-00350-JFW-SP |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| D. HOLBROOK, Warden, | ) | |
| Respondent. | ) | |

   Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: January 24, 2023

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE